# CALVERT EAVES CLARKE & STELLY, L.L.P.
## ATTORNEYS AT LAW

MICHAEL K. EAVES
MANAGING PARTNER

BEAUMONT TOWER
2615 CALDER AVENUE, SUITE 1070
BEAUMONT, TEXAS 77702
WWW.CALVERT-EAVES.COM

PHONE: 409.832.8885
FAX: 409.832.8886
MEAVES@CALVERT-EAVES.COM

September 9, 2019

**Via E-Mail: Galveston_cm@txs.uscourts.gov**

Ms. Susan Gram
Case Manager to Hon. George C. Hanks, Jr.
**UNITED STATES DISTRICT CLERK'S OFFICE**
601 Rosenberg, Room 411
Galveston, Texas 77550

   RE:   Civil Action No. 4:19-cv-00111; *Engle v. J&S Contracting, LLC, et al.*; In the United States District Court for the Southern District of Texas – Galveston Division; Our File No.: 23717.11

## NOTICE OF SETTLEMENT

Dear Ms. Gram:

   My firm represents J&S Contractors, Inc. (erroneously sued as "J&S Contracting, LLC") relative to the above-referenced matter, which was recently re-assigned to Judge Hanks pursuant to Special Order No. 2019-3 [**Doc. 35**].

   In accordance with Judge Hanks' Court Procedure No. 15, I am writing to advise you and the Court that the parties have reached a full and final settlement of all claims that have been asserted by and between the them. This settlement was reached during a mediation that was conducted on Tuesday, September 3, 2019. The settlement is with prejudice, and costs are to be borne by the parties incurring same.

   We are also filing this Notice of Settlement via the CM/ECF system, pursuant to Judge Hanks' Court Procedure No. 15(A)(1).

   The parties are currently in the process of preparing the closing documents, and will shortly be submitting a joint motion to dismiss all claims with prejudice for Judge Hanks' consideration. In the meantime, please note that there is a Rule 12(b)(6) motion to dismiss currently pending before the Court, which was previously filed by J&S. That motion is now obviously moot in light of the full and final settlement reached among the parties, and J&S is therefore formally withdrawing it.

**CALVERT EAVES CLARKE & STELLY, LLP**

Ms. Susan Gram
Case Manager to Hon. George C. Hanks, Jr.
September 9, 2019
Page -2-

---

Thank you for your continuing assistance in these matters, and please do not hesitate to contact me with any questions or should you require anything further regarding this case.

With best regards, I remain,

Very truly yours,

CALVERT EAVES CLARKE & STELLY, L.L.P.

By: _____
Michael K. Eaves

MKE/htr

cc:   Joseph B. Marino, III        **(via e-mail)**
      **THE YOUNG FIRM**
      400 Poydras Street Suite 2090
      New Orleans, Lousiana  70130

      Mr. Frank A. Piccolo          **(via email)**
      Mr. Kenneth H. Tribuch        **(via email)**
      **CHAFFE MCCALL, LLP**
      801 Travis Street, Suite 1910
      Houston, Texas 77702