Case 4:19-cv-00111   Document 37   Filed on 09/09/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES ENGLE, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-111 |
| | § § | |
| J&S CONTRACTING, LLC, *et al*, | § § | |
| Defendants. | § § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties (Dkt. 36). Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **October 10, 2019,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

Signed this 9th day of September, 2019.

George C. Hanks, Jr.
United States District Judge