UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES ENGLE, § § Plaintiff, § VS. § J&S CONTRACTING, LLC, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-111 |

## ORDER OF DISMISSAL

The parties' joint motion for dismissal with prejudice (Dkt. 38) is **GRANTED**.

This case is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41. Each party shall bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED this day 18th day of November, 2019.

_____
George C. Hanks Jr.
United States District Judge